AO 91 (Rev. 11/11)  Criminal Complaint (approved by AUSA Justin Oshana)   21-088

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ARAMIS STUCKMAN | ) | Case No. 21-MJ-1529 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 22, 2021 in the county of Philadelphia in the Eastern District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 2113(d) | Armed Bank Robbery |
| Title 18, U.S.C. Section 924(c)(1)(A)(ii) | Carrying a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

/s James Finnegan
*Complainant's signature*

James Finnegan, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/07/2021

/s/ Lynne A. Sitarski
*Judge's signature*

City and state: Philadephia, PA

Hon. Lynne A. Sitarski, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James F Finnegan, being duly sworn under oath and deposed, state the following:

1. I have been employed by the Federal Bureau of Investigation for the last 15 years as a Special Agent. I am presently assigned to the Violent Crimes Task Force (VCTF) where I investigate violations of state and federal laws related to commercial robberies, bank robberies, kidnappings, fugitives, and major theft investigations of pharmaceutical drugs, among other crimes. The statements in this affidavit are based on my review of police reports, the recovery of evidence from the crime scene, and information provided to me by law enforcement personnel. These statements are true and correct to the best of my knowledge, information, and belief.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging ARAMIS STUCKMAN with armed bank robbery in violation of Title 18, United States Code, Section 2113(d), and with carrying a firearm during an in relation to a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii), as set forth in more detail in Attachment A hereto, which is incorporated herein.

3. On Sunday, August 22, 2021, at approximately 3:02 p.m., an unknown black male, hereinafter referred to as UNSUB, robbed the Republic Bank, located at 1601 Market Street, Philadelphia, Pennsylvania, by point of gun. The UNSUB entered the bank branch, approached the victim teller, and said he wanted to open an account and then asked to speak to the manager. The teller stated the manager was not available due to the bank closing, and that the UNSUB could come back in the morning when the bank opens to talk to a manager and open an account. The UNSUB then stated, "This is a robbery" while pulling a handgun out of his pocket with his right hand and holding it in front of his waist. The UNSUB then said, "Give me all the money." The teller handed the UNSUB the money in her top drawer. The UNSUB then said,

"Stop playing, give me the money, I don't want to have to hurt you." The teller then gave the UNSUB all the money in her bottom drawer, which totaled approximately $3,855. The UNSUB took the money and told the teller "Put your hands on your head and get on the ground, don't get up until you hear my car pull off." The UNSUB then fled out of the bank on foot in an unknown direction. After the robbery, Philadelphia police department officers and members of the Philadelphia Division Violent Crimes Task Force responded to the crime scene for processing. Once on scene, the victim and witnesses were interviewed, video surveillance footage was obtained along with still photographs.

4. On October 6, 2021, A.H., who is STUCKMAN's sister, reported to Philadelphia Police that STUCKMAN had stolen her car and her purse. A.H. also reported that on October 5, 2021, STUCKMAN confessed to her that he had robbed a bank in Center City. Police put out a radio call with a description of A.H.'s vehicle and license plate number. Shortly thereafter, patrol officers located the vehicle and attempted to stop it. The vehicle fled and a pursuit ensued, ultimately resulting in the vehicle crashing. STUCKMAN was the driver of the vehicle and was taken into custody.

5. I interviewed STUCKMAN along with a Task Force Officer after his arrest. STUCKMAN was advised of his constitutional rights, via a FBI FD-395, Advice of Rights form. STUCKMAN subsequently read and signed the form, waiving his right to counsel. STUCKMAN confessed to having robbed Republic Bank on August 22, 2021. STUCKMAN was shown surveillance photographs from the bank, and identified himself as the person in the photos, holding a firearm in his right hand and taking the money he demanded from the victim teller.

6. STUCKMAN said that he purchased the firearm that he used in the bank robbery off the street. He said that he knew that it was real firearm because he successfully test-fired it prior to the robbery.

7. The deposits of Republic Bank are insured by the Federal Deposit Insurance Corporation (FDIC) and were insured by the FDIC at the time of the bank robbery described above.

8. Based on the information set forth above, I believe there is probable cause to charge ARAMIS STUCKMAN with armed bank robbery in violation of Title 18, United States Code, Section 2113(d), and with carrying a firearm during an in relation to a crime of violence in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

Respectfully Submitted,

/s James Finnegan
JAMES F FINNEGAN
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 7th day of October 2021

/s/ Lynne A. Sitarski

HONORABLE LYNNE A. SITARSKI
United States Magistrate Judge

# ATTACHMENT A

**Armed Bank Robbery – 18 U.S.C. Section 2113(d)**

On or about August 22, 2021, in the Eastern District of Pennsylvania, defendant Aramis STUCKMAN knowingly and unlawfully, by force and violence, and by intimidation, took, from employees of Republic Bank, 1601 Market Street, Philadelphia, Pennsylvania, lawful currency of the United States, that is, $3,855, belonging to, and in the care, custody, control, management and possession of Republic Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, and, in so doing, defendant STUCKMAN knowingly and unlawfully assaulted and put in jeopardy the lives of the employees of Republic Bank, and other persons, by use of a dangerous weapon, that is, a firearm.

**Carrying a Firearm During and in Relation to a Crime of Violence – 18 U.S.C. Section 924(c)(1)(A)(ii)**

On or about August 22, 2021, in the Eastern District of Pennsylvania, defendant Aramis STUCKMAN knowingly used, and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, armed bank robbery, in violation of Title 18, United States Code, Section 2113(d), as charged in this complaint.